UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:10-bk-00004-JAF
Chapter 7

Brandon L. Sheasley

_____Debtor(s)_____/

## ORDER STRIKING SCHEDULES A – J, STATEMENT OF FINANCIAL AFFAIRS, STATEMENT OF INTENTIONS AND CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION

This case came on for consideration upon the Court's own motion. On February 23, 2010, the debtor filed Schedules A – J, Statement of Financial Affairs, Statement of Intentions, and Chapter 7 Statement of Current Monthly Income and Means Test Calculation without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Schedules A – J, Statement of Financial Affairs, Statement of Intentions, and Chapter 7 Statement of Current Monthly Income and Means Test Calculation are stricken from the record.

Dated February 24, 2010

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
US Trustee