UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 3:10-bk-00004-JAF

BRANDON L. SHEASLEY, ) Chapter 7

      Debtor. )

---

### TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTIONS

The Trustee, Gordon P. Jones, objects to the Debtors' claim of exemptions and states:

1. Debtor filed his Chapter 7 bankruptcy petition on January 3, 2010.

2. Debtor filed Schedule C claiming personal property as exempt pursuant to Article X, § 4(a)(2), Florida Constitution. The Trustee objects to the Debtor's claim of exemptions in this property on the grounds that the scheduled value of such property is too low. The value of the property claimed as exempt under Article X, § 4(a)(2), exceeds the value to which the Debtor is entitled to claim as exempt pursuant to Article X, § 4(a)(2).

SMITH HULSEY & BUSEY

By   /s/ Raymond R. Magley
      Raymond R. Magley

Florida Bar Number 0511056
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
rmagley@smithhulsey.com

Attorney for Trustee

Certificate of Service

I certify that a copy of the foregoing was furnished by U. S. Mail to Brandon L. Sheasley, 1655 The Greens Way, Unit 3326, Jacksonville Beach, FL 32250; and by CM/ECF electronic notice to Jeffrey M Hanly; Gordon P. Jones, Trustee; and to the United States Trustee, this 5th day of March, 2010.

/s/ Raymond R. Magley
Attorney

00693928.DOC